WALTER D. CROUCH, Plaintiff, v. HOWARD V. FUNK and Others, Constituting and Comprising the EASTCHESTER RECREATION COMMISSION, Defendants.— On submission of a controversy upon agreed facts pursuant to sections 546–548, Civil Practice Act, judgment is unanimously directed for defendants, without costs, declaring that section 61 of the Town Law (Laws of 1932, chap. 634) did not repeal the provisions of article 13 of the General Municipal Law, with respect to the establishment of a recreation commission by the governing body of a town. We are of opinion that the abolition of every separate board of commissioners as set forth in section 61 of the Town Law related to such boards as were created pursuant to the old Town Law and which had not been retained pursuant to the provisions of subdivision 10 of section 341 of the Town Law. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

LOUIS DAVIS, Individually and as Administrator, etc., of CLAUDIA S. ROSS, Deceased, Respondent, v. MILTON J. ROSS, etc., and Others, Defendants, and ALEXANDER SLATER, Appellant.— Order denying appellant's motion, made under rule 156, Rules of Civil Practice, to dismiss the complaint for failure to prosecute the action, and granting leave to renew the application in the event of certain prescribed further delay, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

MARGUERITE GANNAN, Respondent, v. WILLIAM J. GANNAN, Appellant.— Order, on reargument, granting plaintiff's motion to punish the defendant for contempt for failure to comply with the order of the court directing payment of alimony, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.